UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WA PING KWAN, derivatively on behalf of ARRAY TECHNOLOGIES, INC. f/k/a ATI INTERMEDIATE HOLDINGS, LLC,<br><br>Plaintiff,<br>v.<br><br>JIM FUSARO, NIPUL PATEL, TROY ALSTEAD, ORLANDO D. ASHFORD, FRANK CANNOVA, RON P. CORIO, BRAD FORTH, PETER JONNA, JASON LEE, ATI INVESTMENT PARENT, LLC, OAKTREE ATI INVESTORS, L.P., OAKTREE POWER OPPORTUNITIES FUND IV, L.P., OAKTREE POWER OPPORTUNITIES FUND IV (PARALLEL), L.P., OAKTREE CAPITAL GROUP HOLDINGS, L.P., OAKTREE CAPITAL MANAGEMENT, L.P.,<br><br>Defendants<br><br>and<br><br>ARRAY TECHNOLOGIES, INC.,<br><br>Nominal Defendant. | Case No. 1:21-cv- 06127-VM<br>(Consolidated with 1:21-cv-06509-VM)<br><br>**NOTICE OF APPEARANCE** |
| KYO HO HAN, derivatively on behalf of ARRAY TECHNOLOGIES, INC. f/k/a ATI INTERMEDIATE HOLDINGS, LLC,<br><br>Plaintiff,<br>v.<br><br>JIM FUSARO, NIPUL PATEL, TROY ALSTEAD, ORLANDO D. ASHFORD, FRANK CANNOVA, RON P. CORIO, BRAD FORTH, PETER JONNA, JASON LEE, ATI INVESTMENT PARENT, LLC, OAKTREE ATI INVESTORS, L.P., OAKTREE POWER OPPORTUNITIES | Civil Action No. 1:21-cv-06509-VM<br>(Consolidated with 1:21-cv-06127-VM) |

| |
|---|
| FUND IV, L.P., OAKTREE POWER OPPORTUNITIES FUND IV (PARALLEL), L.P., OAKTREE CAPITAL GROUP HOLDINGS, L.P., OAKTREE CAPITAL MANAGEMENT, L.P., <br><br>      Defendants <br><br>    and <br><br>ARRAY TECHNOLOGIES, INC., <br><br>      Nominal Defendant. |

  PLEASE TAKE NOTICE that the undersigned attorney, ROBERT A. SACKS, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Troy Alstead, Orlando D. Ashford, Ron P. Corio, Brad Forth, Jim Fusaro and Nipul Patel, defendants in this case. This entry of appearance is subject to and without waiving any applicable defenses or waiving any objections to forum or venue.

Dated: New York, New York
    August 25, 2021

                /s/ *Robert A. Sacks*
                Robert A. Sacks
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York 10004
                sacksr@sullcrom.com
                Telephone: (212) 558-4000
                Fax:   (212) 558-3588

                *Counsel for Defendants Troy Alstead, Orlando D. Ashford, Ron P. Corio, Brad Forth, Jim Fusaro and Nipul Patel*